# United States Court of Appeals
## For the Eighth Circuit

_____

No. 12-3936
_____

United States of America

*Plaintiff - Appellee*

v.

Ronnie Terrell Walters

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Eastern District of Missouri - St. Louis

_____

Submitted: November 5, 2013
Filed: November 13, 2013
[Unpublished]

_____

Before LOKEN, BYE, and BENTON, Circuit Judges.

_____

PER CURIAM.

Ronnie Terrell Walters appeals the district court's[1] order denying his motion for attorney fees and costs, which he filed after criminal charges against him were

_____

[1]The Honorable E. Richard Webber, United States District Judge for the Eastern District of Missouri.

dismissed without prejudice. Following careful review, this court concludes that the district court did not abuse its discretion in denying Walters's motion, given his failure to offer any evidence that the government's position in prosecuting him was vexatious, frivolous, or in bad faith. *See United States v. Monson*, 636 F.3d 436, 438-39 (8th Cir. 2011) (standard of review; defendant's burden of proof); *United States v. Porchay*, 533 F.3d 704, 710 (8th Cir. 2008) (evidentiary hearing is not required unless serious factual disputes surround application for attorney fees).

The judgment of the district court is affirmed. *See* 8th Cir. R. 47B.

_____